MICHAEL KOCH, TRUSTEE  #131892
OFFICE OF THE CHAPTER 13 TRUSTEE
402 West Broadway, Suite 1450
San Diego, CA 92101-8544
(619) 338-4006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Chapter 13 Case<br>Case No. 24-02113-CL13 |
| ANTONIO GONZALEZ<br>JESSICA GARCIA GONZALEZ<br>1418 N FIG STREET | NOTICE OF CLASSIFICATION OF CLAIM<br>AND RIGHT TO REQUEST A HEARING<br>WITH CERTIFICATE OF MAILING |
| ESCONDIDO, CA 92026 | |

TO THE CREDITOR NAMED HEREIN AND OTHER PARTIES IN INTEREST:

    YOU ARE HEREBY NOTIFIED that the proof of claim filed for the creditor named below will be allowed in the amounts and classifications shown unless an amended plan is confirmed which changes the claim status or unless otherwise ordered by the Court.

    YOU ARE FURTHER NOTIFIED that if you object to the classifications, you must obtain a hearing date and time from the Bankruptcy Court Chapter 13 Deputy, Telephone No. (619) 557-5157, and WITHIN 31 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE serve a copy of a REQUEST AND NOTICE OF HEARING (FORM CSD 1184) and Declaration In Opposition to Classification upon the Debtors, their attorney, the creditor, and Chapter 13 Trustee, and file the original and one copy with proof of service with the Clerk, Bankruptcy Court, 325 West F Street, San Diego, California 92101-6991 by the next business day after service.

| Name & Address of Creditor: | Classification & Amount Allowed Per Plan: |
|---|---|
| FREEDOMROAD FINANCIAL<br>PO BOX 3882<br>OAK BROOK, IL 60522-3882<br>OAK BROOK, IL 60522-3882 | EXCLUDED    $0.00<br>Court Claim No: 020    Ref No: 19<br>Account No: 4220<br>Description : 2016 KTM<br>Comment :  NOT PROVIDED |

(X)  Secured Claim for $1,493.74 not provided for in plan. Direct pay by debtor.

I certify under penalty of perjury that on this date I served a true copy of this document by U.S. Mail, postage prepaid, upon Debtors, their attorney, and the creditor named herein at their addresses as shown.

CERTIFICATION & DATE OF SERVICE:  July 30, 2024

cc: Attorney for Debtors:
    JOSHUA L STERNBERG #250687
    STERNBERG LAW GROUP
    8605 SANTA MONICA BLVD STE 81823
    WEST HOLLYWOOD, CA 90069-4109

/s/ Wendy Porter
Clerk of the Office of Michael Koch, Trustee
402 West Broadway, Suite 1450
San Diego, CA 92101-8544