# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | Antonio Gonzalez and Jessica Garcia Gonzalez |
| **Case Number:** | 24-02113-CL13    **Chapter:** 13 |
| **Date / Time/ Room:** | 09/04/2024 2:00 PM, Department 1 |
| **Bankruptcy Judge:** | Christopher B. Latham |
| **Courtroom Clerk:** | Josie Rodriguez-Olivas |
| **ECRO:** |  |

### Matters:

1) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY NOE ARVIZU AND JAVIER RAMOS

2) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY VW CREDIT, INC.

### Appearances:

Joshua Sternberg, Attorney for Antonio Gonzalez and Jessica Garcia Gonzalez (*telephonic*)
Joanne Sanchez, Attorney for Noe Arvizu and Javier Ramos (*telephonic*)
Rebecca Pennington, Attorney for Michael Koch (Chapter 13 Trustee)

### Disposition:

1-2) Matters continued to 10/16/2024 at 2:00 p.m. in Dept 1.

Debtors intend to file a third amended plan, and any objections to that will be held alongside the two present objections at the continued hearing date.

This is without prejudice to any party filing an objection to the third amended plan.