CSD 1330 [02/01/20]
Name, Address, Telephone No. & I.D. No.

Joshua Sternberg 250687
8605 Santa Monica Blvd.,
Suite #81823
West Hollywood, CA 90069-4109
310-270-4343
250687 CA

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Antonio Vasquez Gonzalez**
**Jessica Garcia Gonzalez**

Debtor.

BANKRUPTCY NO. **24-02113-13**

Date of Hearing: **10/16/2024**
Time of Hearing: **02:00 PM**
Name of Judge: **Chief Judge Christopher B. Latham**

**PRE-CONFIRMATION MODIFICATION  09/23/2024  TO CHAPTER 13 PLAN DATED  09/19/2024**

1. ☐ Section 2.1 of the plan is amended to change the amount of the monthly payment required to $__ for __ months starting __.

2. ☐ Section 2.2 of the plan is amended to change the payment amount at different time periods as follows: $_____ per __ from ___ to __

3. ☑ Section 2.4 of the plan is amended to provide that Debtor(s) will change the obligation to turn over to the trustee all federal and state income tax refunds, other than earned income or childcare tax credits, received during the remainder of the plan term, as follows: **Debtor(s) will retain any federal or state tax refunds received during the plan term.**

4. ☐ Section 3.1 of the plan is amended as follows:

| Name of creditor with last 4 digits of account number | Collateral | Amount of arrearage | Interest rate on arrearage (if applicable) | Monthly plan payment on arrearage | Estimated total payments by Trustee |
|---|---|---|---|---|---|
| | | $ | % | $ | $ |
| | | $ | % | $ | $ |

5. ☐ Section 3.2.2 of the plan is amended as follows:

| Name of creditor with last 4 digits of account number | Amount of allowed secured claim | Interest rate as provided by law | Monthly payment to creditor | Estimated total monthly payments |
|---|---|---|---|---|
| | $ | % | $ | $ |
| | $ | % | $ | $ |

6. ☐ Section 3.4 of the plan is amended to provide for the surrender of the collateral [describe] _____ to the secured creditor [describe] _____.

7. ☐ Section 4.8 of the plan is amended to provide for payment of the priority/secured tax claim of tax claimant [describe] __ in the amount of $__.

CSD 1330

CSD 1330 [02/01/20]            Page 2 of 2
PRE-CONFIRMATION MODIFICATION DATED:     TO CHAPTER 13 PLAN DATED:
DEBTOR:
**Antonio Vasquez Gonzalez**
**Jessica Garcia Gonzalez**        CASE NO.: **24-02113-13**

8. ☐ Section 5.2.1 of the plan is amended to estimate the payment to allowed nonpriority unsecured claims not separately classified to $_____.

9. ☐ Section 5.2.2 of the plan is amended to require payments to allowed nonpriority unsecured claims in the the amount of $_____. Interest as provided in Section 5.3 will be paid at the _____% to the extent of available funds.

☐ Nonstandard additional provisions consistent with Part 9 are added to Part 9.

☑ Part 4.7 Attorney's fees is amended to check the box "on a priority basis before other priority claims other than trustee's fees and adequate protection payments.

☐

Except as amended, the plan will remain in full force and effect. This amendment is not effective unless signed by the Chapter 13 Trustee/Trustee's Attorney and approved by court order.

Acknowledged and Agreed:

**/s/ Antonio Gonzalez**        Dated: **September 23, 2024**
Debtor(s) or Debtor(s) Attorney
*(By signing, attorney represents he/she is authorized to sign on behalf of client)*

**/s/ Jessica Garcia Gonzalez**        Dated: **September 23, 2024**
Joint Debtor (pro se)

**Michael Koch**        Dated: **9/23/2024**
Chapter 13 Trustee/Trustee's Attorney

CSD 1330