CSD 1331 [12/01/23]

Name, Address, Telephone No. & I.D. No.
**Joshua Sternberg 250687**
**8605 Santa Monica Blvd.,**
**Suite #81823**
**West Hollywood, CA 90069-4109**
**310-270-4343**
**250687 CA**

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Antonio Vasquez Gonzalez**
**Jessica Garcia Gonzalez**

BANKRUPTCY NO. **24-02113-13**

Debtor(s)

## NOTICE OF PRE-CONFIRMATION MODIFICATION DATED  10/10/2024
## TO AMENDED CHAPTER 13 PLAN DATED  10/08/2024

TO:  **Hon. Chief Judge Christopher B. Latham, Michael Koch/Chapter 13 Trustee; United States Trustee; and all creditors and/or parties in interest:**

   **You are hereby notified** that the Debtor(s) have contemporaneously filed a Pre-Confirmation Modification dated  **10/10/2024**  ("PCM") to the Amended Chapter 13 Plan dated  **10/08/2024**  with this notice. Because Debtor(s) represent that the PCM will not adversely affect any party in interest, confirmation of the Chapter 13 Plan as so modified will be considered at the following time:

☐   If no objection to the Chapter 13 Plan is currently pending, the PCM will be considered at the § 341(a) Meeting of Creditors set for _____, at _____.m., at _____, at which the sufficiency of the proposed modification will be considered. No further notice need be given.

☑   The hearing set for  **10/16/2024** , at  **02:00 p** .m., in Department No. **1** Room  **218**  , of the Jacob Weinberger United States Courthouse, on the objection(s) to confirmation already filed, located at 325 West F Street, San Diego, California 92101-6991 ("Court"). No further notice need be given.

   **IF A PARTY CONTENDS THAT THE CHAPTER 13 PLAN AS MODIFIED AFFECTS ITS INTERESTS, IT MUST FILE AN OPPOSITION AND REQUEST A HEARING FROM THE COURTROOM DEPUTY CLERK.**

DATED: **October 14, 2024**            /s/ Joshua Sternberg
                                       Joshua Sternberg 250687
                                                                 Attorney for Debtor


**If modifying the Chapter 13 plan <u>after</u> confirmation per §1329, use Local Form CSD 1149.**

**If modifying the Chapter 13 Plan in a manner that might adversely affect a party in interest, use Local Form CSD 1170.**

CSD 1331 (Page 2) [12/01/23]

CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the **14th** day of **October 2024**, I served a true copy of the within NOTICE OF PRE-CONFIRMATION MODIFICATION TO CHAPTER 13 PLAN on the following persons listed below by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On **10/14/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑ Attorney for Debtor: Joshua Sternberg; js@sternberglawgroup.com

☑ For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail:**

On **10/14/2024**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☑ *See attached mailing list*

☑ Debtors:
**Antonio Gonzalez and Jessica Garcia Gonzalez**
**1418 N Fig Street**
**Escondido, CA 92026**

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on ____, I served the following parties by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor:

☐ Debtor:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on **October 14, 2024**          /s/ Joshua Sternberg
                                          Joshua Sternberg 250687
                                          Sternberg Law Group
                                          8605 Santa Monica Blvd.,
                                          Suite #81823
                                          West Hollywood, CA 90069-4109
                                          Address

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 24-02113-CL13<br>Southern District of California<br>San Diego<br>Wed Sep 25 03:53:34 PDT 2024 | Lakeview Loan Servicing, LLC<br>ZBS Law, LLP<br>30 Corporate Park, Suite 450<br>Irvine, CA 92606-3401 | Synchrony Bank c/o AIS Portfolio Services LL<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| VW Credit, Inc.<br>3160 Crow Canyon Place, Suite 215<br>San Ramon, CA 94583-1110 | U.S. Bankruptcy Court<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991 | 1140 S. Tremont Street, Suite 105<br>Oceanside, CA 92054-5179 |
| Aidvantage on behalf of<br>Dept of Ed Loan Services<br>PO BOX 300001<br>Greenville TX 75403-3001 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Attn: Synchrony Bank Department<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>125 South West St<br>Wilmington, DE 19801-5014 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cavalry Portfolio Services<br>Attn: Bankruptcy<br>1 American Lane, Ste 220<br>Greenwich, CT 06831-2563 |
| Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831-0405 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Discover Bank<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | EBF Holdings, LLC<br>c/o Glass & Goldberg<br>22917 Burbank Blvd.<br>Woodland Hills, CA 91367<br>mgoldberg@glassgoldberg.com 91367-4203 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Franchise Tax Board<br>Personal Bankruptcy MS A340<br>Po Box 2952<br>Sacramento, CA 95812-2952 | Freedom Road Financial<br>Attn: Bankruptcy<br>10509 Professional Circle, Suite 100<br>Reno, NV 89521-4883 |
| FreedomRoad Financial<br>10509 Professional Circle Ste 100<br>Reno, NV 89521-4883 | Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>Po Box 70379<br>Philadelphia, PA 19176-0379 | Harley Davidson Financial<br>Attn: Bankruptcy<br>Po Box 22048<br>Carson City, NV 89721-2048 |
| Harley-Davidson Credit Corp<br>PO Box 9013<br>Addison, Texas 75001-9013 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |

| | | |
|---|---|---|
| Javier Ramos & Noe Arvizu<br>c/o GREENMAN, LACY, KLEIN<br>900 Pier View Way, PO Box 299<br>Oceanside, CA 92049-0299 | Lakeview Loan Servicing, LLC<br>c/o LoanCare, LLC<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 | Loancare Llc<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 |
| Marshall F. Goldberg, Esq.<br>Glass & Goldberg<br>22917 Burbank Blvd.<br>Woodland Hills, CA 91367<br>mgoldberg@glassgoldberg.com 91367-4203 | Midland Credit Mgmt<br>Attn: Bankruptcy<br>Po Box 939069<br>San Diego, CA 92193-9069 | Navient<br>Attn: Bankruptcy<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 |
| Navy FCU<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 | Navy Federal Cr Union<br>Attn: Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 | Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 |
| Noe Arvizu and Javier Ramos<br>c/o Joanne P. Sanchez, Esq.<br>SANCHEZ & BALTAZAR ATTORNEYS P.C.<br>1140 S. Tremont Suite 105<br>Oceanside, CA 92054-5179 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Pathway Funding of Miami LLC<br>c/o Zachter PLLC<br>2 University Plaza, Suite 205<br>Hackensack, NJ 07601-6211 |
| Peak Foreclosure Services, Inc<br>5900 Canoga Ave, Ste 220<br>Woodland Hills, CA 91367-5124 | Synchrony Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Synchrony Bank<br>PO Box 669805<br>Dallas, TX 75266-0757 |
| Synchrony/Polaris Consumer<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | TSI<br>Attn: Bankruptcy<br>Po Box 15130<br>Wilmington, DE 19850-5130 | United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 |
| VW Credit Inc. dba Audi Financial Services<br>c/o VW Credit, Inc.<br>PO Box 9013<br>Addison, Texas 75001-9013 | Volkswagen Credit, Inc<br>Attn: Bankruptcy<br>2200 Woodland Pointe Ave<br>Herndon, VA 20171-5874 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 169005<br>IRVING, TEXAS 75016-9005 |
| Antonio Gonzalez<br>1418 N Fig Street<br>Escondido, CA 92026-2753 | Javier Ramos<br>Sanchez & Baltazar Attorneys, P.C.<br>1140 S. Tremont Street, Suite 105<br>Oceanside, CA 92054-5179 | Jessica Garcia Gonzalez<br>1418 N Fig Street<br>Escondido, CA 92026-2753 |
| Joshua Sternberg<br>Sternberg Law Group<br>8605 Santa Monica Blvd<br>Ste Pmb 81823<br>West Hollywood, CA 90069-4109 | Michael Koch<br>Chapter 13 Trustee<br>402 W. Broadway<br>Ste 1450<br>San Diego, CA 92101-8544 | Noe P. Arvizu<br>Sanchez & Baltazar Attorneys, P.C.<br>1140 S. Tremont Street, Suite 105<br>Oceanside, CA 92054-5179 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card Services                  PORTFOLIO RECOVERY ASSOCIATES, LLC         (d)Portfolio Recovery Assoc
Attn: Bankruptcy                     POB 41067                                  POB 41067
P.O. 15298                           Norfolk, VA 23541                          Norfolk VA 23541
Wilmington, DE 19850


(d)Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502




            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)EBF Holdings, LLC c/o Glass & Goldberg     (d)Navy FCU                                (u)Navy Federal Cr Union
                                              Attn: Bankruptcy
                                              Po Box 3000
                                              Merrifield, VA 22119-3000




End of Label Matrix
Mailable recipients    56
Bypassed recipients     3
Total                  59
```