CSD 1330 [02/01/20]
Name, Address, Telephone No. & I.D. No.

Joshua Sternberg 250687
8605 Santa Monica Blvd.,
Suite #81823
West Hollywood, CA 90069-4109
310-270-4343
250687 CA

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Antonio Vasquez Gonzalez**
**Jessica Garcia Gonzalez**

Debtor.

BANKRUPTCY NO. **24-02113-13**

Date of Hearing: **10/16/2024**
Time of Hearing: **02:00 PM**
Name of Judge: **Chief Judge Christopher B. Latham**

## PRE-CONFIRMATION MODIFICATION  10/10/2024  TO AMENDED CHAPTER 13 PLAN DATED  10/08/2024 

1. ☐ Section 2.1 of the plan is amended to change the amount of the monthly payment required to $___ for ___ months starting ___.

2. ☐ Section 2.2 of the plan is amended to change the payment amount at different time periods as follows: $_____ per ___ from ___ to ___

3. ☑ Section 2.4 of the plan is amended to provide that Debtor(s) will change the obligation to turn over to the trustee all federal and state income tax refunds, other than earned income or childcare tax credits, received during the remainder of the plan term, as follows: **Debtor(s) will retain any federal or state tax refunds received during the plan term.**

4. ☐ Section 3.1 of the plan is amended as follows:

| Name of creditor with last 4 digits of account number | Collateral | Amount of arrearage | Interest rate on arrearage (if applicable) | Monthly plan payment on arrearage | Estimated total payments by Trustee |
|---|---|---|---|---|---|
|  |  | $ | % | $ | $ |
|  |  | $ | % | $ | $ |

5. ☐ Section 3.2.2 of the plan is amended as follows:

| Name of creditor with last 4 digits of account number | Amount of allowed secured claim | Interest rate as provided by law | Monthly payment to creditor | Estimated total monthly payments |
|---|---|---|---|---|
|  | $ | % | $ | $ |
|  | $ | % | $ | $ |

6. ☐ Section 3.4 of the plan is amended to provide for the surrender of the collateral [describe] _____ to the secured creditor [describe] _____

7. ☐ Section 4.8 of the plan is amended to provide for payment of the priority/secured tax claim of tax claimant

CSD 1330

CSD 1330 [02/01/20]
PRE-CONFIRMATION MODIFICATION DATED: _____ TO CHAPTER 13 PLAN DATED: _____      Page 2 of 2
DEBTOR:
**Antonio Vasquez Gonzalez**
**Jessica Garcia Gonzalez**                CASE NO.: **24-02113-13**

[describe] ___ in the amount of $___.

8. ☐ Section 5.2.1 of the plan is amended to estimate the payment to allowed nonpriority unsecured claims not separately classified to $_____.

9. ☐ Section 5.2.2 of the plan is amended to require payments to allowed nonpriority unsecured claims in the the amount of $_____. Interest as provided in Section 5.3 will be paid at the _____% to the extent of available funds.

☐ Nonstandard additional provisions consistent with Part 9 are added to Part 9.

☑ **Part 4.7 Attorney's fees is amended to check the box "on a priority basis before other priority claims other than trustee's fees and adequate protection payments.**

☐ 

Except as amended, the plan will remain in full force and effect. This amendment is not effective unless signed by the Chapter 13 Trustee/Trustee's Attorney and approved by court order.

Acknowledged and Agreed:

/s/ Antonio Gonzalez                          Dated: October 10, 2024
Debtor(s) or Debtor(s) Attorney
(By signing, attorney represents he/she is authorized to sign on behalf of client)

/s/ Jessica Garcia Gonzalez                   Dated: October 10, 2024
Joint Debtor (pro se)

Michael Koch                                  Dated: 10/10/2024
Chapter 13 Trustee/Trustee's Attorney

CSD 1330