TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

| | |
|---|---|
| Bankruptcy Case: | Antonio Gonzalez and Jessica Garcia Gonzalez |
| Bankruptcy Number: | 24-02113-CL13 |
| Hearing: | 11/20/2024 2:00 PM |
| Motion: | 1) HEARING RE NOTICE OF MODIFIED CHAPTER 13 PLAN BEFORE CONFIRMATION FILED BY DEBTOR (fr. 10/16/24) |
| | 2) HEARING RE NOTICE OF PRE-CONFIRMATION MODIFICATION DATED 9/23/24 FILED BY DEBTORS (fr. 10/16/24) |

1-2) The court has considered Debtors' modified plan (ECF No. 70) and its own docket. The modified plan has received no objection. Accordingly, the court **approves** the modified plan, excuses appearances at the November 20, 2024 hearing, and invites Debtors to submit a plan confirmation order approved as to form by the Trustee.